UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALE VIPPERMAN<br>　　Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br>JOHN DOES, and JANE DOES<br>　　Defendants, | Civil Action No. 4:12-cv-03022 |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a joint stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 7, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick, Esq.
Kevin V. K. Crick
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, MA 01810
Phone: (978) 212-3300
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

Dated: January 7, 2013

1

2

GC SERVICES LIMITED PARTNERSHIP
By its Attorney,
*/s/ Kandy E. Messenger*
Sprott, Rigby, Newsome, Robbins &
Lunceford, P.C.
2211 Norfolk Suite 1150
Houston, TX 77098
Tel.: 713-523-8338
Fax: 713-523-9422
Email: messenger@sprottrigby.com

Date: January 7, 2013

## PROOF OF SERVICE

    I hereby certify that on January 7, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.