| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Dale Vipperman, §
§
   Plaintiff, §
§
versus §    Civil Action H-12-3022
§
GC Services Limited Partnership, *et al.*, §
§
   Defendants. §

## Final Dismissal

1.  Having been advised that a settlement has been reached between counsel, the court dismisses this case with prejudice.

2.  This court retains jurisdiction to enforce the settlement.

Signed on February 22, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge